# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR0401 DJS/TCM |
| ) | |
| DAVID QUANG PHAM, D.P.M., ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Statements [Doc. 23] be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendant's Motions to Suppress Evidence [Doc. 25 & 26] be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Dismiss Counts 2 through 19 of the Indictment Due to Multiplicity [Doc.27] be **DENIED**.

**IT IS FINALLY RECOMMENDED** that Defendant's Motion to Sever Count 22 [Doc.29] be **DENIED**.

The parties are advised that they have eleven (11) days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may

result in waiver of the right to appeal questions of fact. See **Griffini v. Mitchell**, 31 F.3d 690, 692 (8th Cir. 1994).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of October, 2009.