**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:09CR401-DJS |
| | ) | |
| DAVID QUANG PHAM, D.P.M., | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER</u>

This matter is before the Court on the report and recommendation of the United States Magistrate Judge concerning defendant's motions to suppress evidence and statements, motion to dismiss counts, and motion to sever. No objections to the magistrate judge's analysis and conclusions have been timely filed. Upon careful consideration,

**IT IS HEREBY ORDERED** that the report and recommendation of the United States Magistrate Judge [Doc. #39] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motions to suppress evidence and statements [Docs. #23, #25], motion to dismiss Counts 2 through 19 [Doc. #27] and motion to sever Count 22 [Doc. #29] are denied.

Dated this _____12th_____ day of November, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE